■ RKO GENERAL, INC., Respondent, v CYCLE ADVERTISING & TRAVEL, INC., et al., Appellants

Concur—Sandler, J. P., Sullivan, Fein, Milonas and Wallach, JJ.